UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 71.184.230.213,<br><br>      Defendant. | Civil Action No. 1:24-cv-13141-AK |

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**WITH DEFENDANT JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 71.184.230.213 ("Defendant") through his counsel, Leonard French, Esq. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss this action with prejudice.

Dated:  March 20, 2025                              Respectfully submitted,


                                                    By:     /s/ *Jacqueline M. James*
                                                                Jacqueline M. James, Esq. (BBO #706668)
                                                                The James Law Firm, PLLC
                                                                445 Hamilton Avenue, Suite 1102
                                                                White Plains, New York 10601
                                                                T: 914-358-6423
                                                                F: 914-358-6424
                                                                E-mail: jjames@jacquelinejameslaw.com
                                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

By: */s/ Jacqueline M. James*